UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                     :

  UNITED STATES OF AMERICA          :

                                   :          24 Cr. 427 (LGS)

               -against-         :

                                   :           ORDER

  SU MI TERRY,                  :

                     Defendant.  :
----------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a status conference in this matter is scheduled for March 4, 2025.  It is

hereby

      **ORDERED** that the March 4, 2025, status conference is **CANCELED**.  If the parties

believe that a conference would nevertheless be useful, they should inform the Court

immediately so the conference can be reinstated.


Dated: February 28, 2025
       New York, New York



                                       LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE