**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

v.

**SUE MI TERRY**,

Defendant.

No. 24-cr-00427-LGS

**MOTION OF ATTORNEY GABRIEL ROTTMAN FOR
ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Gabriel Rottman, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for *amicus curiae* Reporters Committee for Freedom of the Press in the above-captioned action.

I am in good standing of the bars of the states of New York and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 4, 2025

Respectfully submitted,

*/s/ Gabe Rottman*
Gabe Rottman
 *Counsel of Record*
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Fax: (202) 795-9310

1

grottman@rcfp.org

*Counsel for* Amicus Curiae *Reporters Committee for Freedom of the Press*