IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SUE MI TERRY,<br><br>   Defendant. | No. 24-cr-00427-LGS |

**AFFIDAVIT OF ATTORNEY GABRIEL ROTTMAN**
**IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 1.3(k) of the United States District Court for the Southern District of New York, I, Gabriel Rottman, as a candidate for admission Pro Hac Vice, state as follows:

(a).   I have never been convicted of a felony;

(b).   I have never been censured, suspended, disbarred, or denied admission or readmission by any court; and

(c).   There are no disciplinary proceedings presently against me.

I verify that the above statements are true and correct.

DATED this __4__ day of __March__, 20__25__.

_____
Signature of Applicant

SIGNED and ACKNOWLEDGED before me on __March__ __4__, 20__25__.



_____
Signature of Notary Public