AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-cr-427 |
| Sue Mi Terry | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae American Civil Liberties Union.

Date: 04/07/2025

S/ Scarlet Kim
*Attorney's signature*

Scarlet Kim - 5025952
*Printed name and bar number*

American Civil Liberties Union Foundation
125 Broad St., 18th Floor
New York, NY 10004

*Address*

scarletk@aclu.org
*E-mail address*

(646) 885-8350
*Telephone number*

(212) 607-3318
*FAX number*