

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 25, 2025

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)

Dear Judge Schofield:

The Government writes to respectfully notify the Court that the undersigned made a classified, *ex parte* submission to the Court pursuant to Section 4 of the Classified Information Procedures Act and Federal Rule of Criminal Procedure 16(d).

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By:   /s/
Kyle A. Wirshba
Chelsea L. Scism
Samuel Adelsberg
(212) 637-2493/ -2105/ -2494

cc: Defense Counsel (by ECF)