```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA                                 :
                                                            :
                                                            :   24 Cr. 427 (LGS)
                   -against-                                :
                                                            :   SCHEDULING ORDER
   SUE MI TERRY,                                            :
                                      Defendant.            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Defendant moves to dismiss the Indictment or, in the alternative, for a bill of particulars, and to suppress statements made to agents of the Federal Bureau of Investigation on or around June 5, 2023.

WHEREAS, Defendant requests oral argument on her motion to dismiss, noting that she "anticipates a lawyer who has been out of law school for fewer than five years will argue on her behalf."

WHEREAS, with respect to Defendant's motion to suppress statements made on June 5, 2023, an evidentiary hearing is required because material facts are in dispute with respect to whether Defendant was in custody for purposes of *Miranda v. Arizona*, 384 U.S. 436 (1966). *See United States v. Mathurin*, 148 F.3d 68, 70 (2d Cir. 1998) (evidentiary hearing required where Defendant's affidavit, if credited, was "sufficiently factual and specific" to create disputes of material fact).  It is hereby

**ORDERED** that oral argument on Defendant's motion to dismiss the Indictment or, in the alternative, for a bill of particulars, will be conducted on **January 13, 2026 at 2:15 P.M.** The argument will be held in person at the Thurgood Marshall United States Courthouse,

Southern District of New York, 40 Foley Square, New York, New York at Room 1106.  It is further

**ORDERED** that an evidentiary hearing relating to Defendant's motion to suppress interrogation statements will be conducted on **January 27, 2026 at 10:30 A.M.**  The hearing will be held in person at the Thurgood Marshall United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York at Room 1106.  By **December 17, 2025**, the parties shall confer and file a joint letter stating the number and identity of witnesses and anticipated length of the hearing.

Dated: December 10, 2025
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE