UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

           :

UNITED STATES OF AMERICA      :

           :

           :      24 Cr. 427 (LGS)

         -against-      :

           :      **SCHEDULING ORDER**

SUE MI TERRY,         :

            Defendant.  :

------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference in this action is scheduled for March 10, 2026.  It is

hereby

**ORDERED** that the conference is **ADJOURNED** to **March 31, 2026, at 10:30 A.M.**

The conference will be conducted in person at the Thurgood Marshall United States Courthouse,

Southern District of New York, 40 Foley Square, New York, New York, in courtroom 1106.

Dated: February 26, 2026
      New York, New York

 

 

_____

**LORNA G. SCHOFIELD**

**UNITED STATES DISTRICT JUDGE**