UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

           : 

UNITED STATES OF AMERICA,           :

           :

           :         24 Cr. 427 (LGS)

       -against-           :

           :         SCHEDULING ORDER

SU MI TERRY,           :

           Defendant.   :

-------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a status conference was held on March 31, 2026.  It is hereby

**ORDERED** that, by **April 7, 2026**, the parties shall confer and file a letter regarding proposed deadlines for expert witness disclosure and *Daubert* motions.  It is further

**ORDERED** that the parties shall file by **September 14, 2026,** any motions in *limine*, and by **September 28, 2026,** any responses to the motions.  It is further

**ORDERED** that the parties shall file by **October 5, 2026**, a joint statement as provided in the Court's Individual Rule I.1, a joint proposed *voir dire*, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between the parties.  It is further

**ORDERED** that the parties shall appear for a final pretrial conference on **October 20, 2026, at 11:00 a.m.** in Courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  It is further

**ORDERED** that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of *voir dire*. In addition, the parties shall be prepared to discuss with the Court the number of trial days

needed.  It is further,

**ORDERED** that a jury trial is scheduled to begin on **October 27, 2026, at 9:45 a.m.** or the Court's first available date thereafter.  The parties shall be ready to proceed on 24 hours' notice on or after October 27, 2026.  It is further,

**ORDERED** that for the reasons stated on the record, the Court finds that the ends of justice served by excluding the time between today until October 27, 2026, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).  The time between today and October 27, 2026, is hereby excluded.

The parties are reminded that any discussions regarding the possible disposition of this matter will not stay this schedule.  No extensions will be granted absent extraordinary circumstances.

Dated: March 31, 2026
      New York, New York

                              **LORNA G. SCHOFIELD**
                          **UNITED STATES DISTRICT JUDGE**