

KKL LLP
350 Fifth Avenue, 77th Floor
New York, NY 10118
+1 212 390 9550
www.KKLllp.com

Nicholas J. Lewin
+1 212 390 9559
Nick.Lewin@KKLllp.com

April 6, 2026

By ECF

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)**

Dear Judge Schofield:

The parties write jointly, pursuant to the Court's order of March 31, 2026, to notify the Court of the parties' proposed deadlines for expert witness disclosures and *Daubert* motions. *See* ECF No. 95. That proposal is as follows:

- August 3, 2026:  Expert disclosures
- August 20, 2026:  Rebuttal expert disclosures
- September 2, 2026:  *Daubert* motions
- September 16, 2026:  Oppositions to *Daubert* motions

Respectfully submitted,
KKL LLP

By: _____
Nicholas J. Lewin
Melissa C. Danzo

cc:    All counsel of record (via ECF)