1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

JENNER & BLOCK LLP

August 18, 2026

Anthony S. Barkow
Tel +1 212 891 1662
ABarkow@jenner.com

By ECF

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: ***United States v. Sue Mi Terry*, 24 Cr. 427 (LGS)**

Dear Judge Schofield:

We represent Dr. Sue Mi Terry in the above-captioned proceeding. We write respectfully to request the Court's permission for each of the parties to file memoranda of law of up to ten (10) pages in support of any motions to exclude expert testimony pursuant to *Daubert v. Merrell Dow Pharmaceuticals*, Inc., 509 U.S. 579 (1993), and Federal Rules of Evidence 702 and 703.

We understand that Your Honor's Individual Rules and Procedures for Criminal Cases do not set forth a page limit specific to *Daubert* motions. Out of an abundance of caution, and to ensure that the parties are able adequately to address the qualifications, methodologies, and anticipated opinions of any proffered expert witnesses, we respectfully request that the Court permit memoranda of law of up to ten pages in support of, and in opposition to, any such motions.

We have conferred with counsel for the government, and the government joins in this request.

Respectfully Submitted,

By: /s/ Anthony S. Barkow
Anthony S. Barkow
Sophie A. Schuit
Sarah P. Geller

JENNER & BLOCK LLP

cc: All counsel of record (via ECF)